No. 351. MIKE ROBERTS COLOR PRODUCTIONS, INC. *v.* COLOURPICTURE PUBLISHERS, INC. C. A. 1st Cir. Certiorari denied. *Edward B. Gregg* and *William G. MacKay* for petitioner.

No. 353. RATCLIFF *v.* BRUCE ET AL. Sup. Ct. Tex. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *A. J. Carubbi,* Executive Assistant Attorney General, and *J. C. Davis* and *John H. Banks,* Assistant Attorneys General, for respondents.

No. 359. GRAHAM *v.* GREENE, JUDGE, ET AL. C. A. D. C. Cir. Certiorari denied. *Charles T. Duncan, Hubert B. Pair, Richard W. Barton,* and *David P. Sutton* for Greene et al., and *Solicitor General Griswold* for Murphy et al., respondents.

No. 363. BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES ET AL. *v.* NATIONAL MEDIATION BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Edward J. Hickey, Jr., James L. Highsaw, Jr.,* and *William J. Donlon* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for National Mediation Board et al., and *David Previant* and *Herbert S. Thatcher* for International Brotherhood of Teamsters, respondents.

No. 365. HOLAHAN, TRUSTEE, ET AL. *v.* HENDERSON ET AL. C. A. 5th Cir. Certiorari denied. *George C. Connolly, Jr.,* for petitioners. *John L. Pitts* and *Grove Stafford, Jr.,* for respondent Henderson, and *Robert B. Neblett, Jr.,* for respondent Coleman.